IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDITH M. HALL, *et al.* :

       Plaintiffs :
v.                                      CIVIL NO. MJG-00-1106
                                         :
UNITED STATES OF AMERICA
                                         :
and
                                         :
GLOBAL SERVICE CORPORATION
                                         :
       Defendants
                                         :
                  ...oOo...

## REVISED SCHEDULING ORDER

Upon consideration of the Joint Motion to Extend Discovery, the motion is HEREBY GRANTED, and it is further,

ORDERED THAT the parties shall comply with the following revised deadlines:

| | |
|---|---|
| New Discovery Deadline & Submission of Supplemental Status Report | November 27, 2001 |
| Requests for Admissions | December 10, 2001 |
| Dispositive Motions | January 4, 2002 |

IT IS SO ORDERED this 24th day of August 2001.

                                                                      The Honorable Marvin J. Garbis
                                                                      United States District Judge